# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ANTHONY R. WATTS,** | ) | **NO. CV 19-9393-PA (KS)** |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| **R.C. JOHNSON,** | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: November 6, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE